Name of Attorney JAMES SHIELDS BEASLEY
Bar Code # 1733
Address 435 COURT STREET, P.O. BOX 2936
RENO, NEVADA 89501
Phone # 775-329-6852
e-mail address jimbeasleyesq@gmail.com



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re DEBORAH JUNE STRODE ) | Case No: 14-50163-btb |
| P.O. BOX 179 ) | |
| DAYTON, NV  89403 ) | Chapter 7 |
| ) | |
| ) | |
| ) | **REQUEST FOR SPECIAL** |
| ) | **NOTICE** |
| Debtor(s) ) | |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

(Please Print)

JAMES SHIELDS BEASLEY
Attorney for Yosef L. Mustafanos
435 Court Street, P.O. Box 2936
Reno, Nevada 89501
(775) 329-6852; Email: jimbeasleyesq@gmail.com

Date: May 11, 2015

Signature

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Law Office of James Shields Beasley, and that on this date, pursuant to FRCP 5(b), I deposited in the United States mail at Reno, Nevada, by first class mail, postage prepaid, a true and correct copy of the following document:

**REQUEST FOR SPECIAL NOTICE**

in the case of "In re: DEBORAH JUNE STRODE," United States Bankruptcy Court, District of Nevada, Case No. CV14-50163-btb, Chapter 7

addressed to:

    William M. O'Mara
    David O'Mara
    The O'Mara Law Firm
    311 E. Liberty Street
    Reno, Nevada  89501

DATED this 11th day of May, 2015.

*/s/ Charles Beasley*